Order issued January 30, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01509-CV

**JEFFREY LONGINO AND GERALLYN LONGINO, Appellants**

V.

**WILLIAM R. EGAN, Appellee**

## ORDER

The clerk's record in this appeal was due to be filed no later than November 23, 2012. At the time the record was due, the trial court had pending before it appellant Gerallyn Longino's affidavit of indigence and claim that she could not pay the costs associated with the appeal. *See* TEX. R. APP. P. 20.1. On December 17, 2012, following a hearing on a contest to the affidavit, the trial court determined that neither appellant Gerallyn Longino nor appellant Jeffrey Longino is indigent and ordered them both to pay all fees and costs associated with the appeal. *See id.* 20.1(i). By letter dated January 24, 2013, Collin County Clerk Stacey Kemp informed the Court that appellants have failed to comply with the trial court's order, and she requested an extension of time to file the clerk's record until appellants pay the fee.

Because the trial court clerk is responsible for preparing the record only after appellant has paid for the clerk's fee, made payment arrangements with the clerk, or been found entitled to proceed without payment of the fee, we **GRANT** the extension motion and **ORDER** appellants to file, no

later than February 11, 2013, written verification that they have paid or made arrangements to pay for the record. *See id.* 35.3(a). The clerk's record shall then be filed within ten days of receipt of payment or the making of payment arrangements. Appellants are cautioned that failure to comply with this order will result in dismissal of this appeal without further notice. *See id.* 37.3(b).


ELIZABETH LANG-MIERS
JUSTICE



# COLLIN COUNTY

Stacey Kemp, County Clerk
2100 Bloomdale Road, Suite 12165
McKinney, Texas 75071
972-548-6423
972-548-6433Fax
www.collincountytx.gov

**RECEIVED**
COURT OF APPEALS

JAN 2 4 2013

LISA MATZ
CLERK, 5th DISTRICT

05-12-01509-CV

**FILED IN**
Court of Appeals

JAN 2 4 2013

Lisa Matz
Clerk, 5th District

**January 22, 2013**

Court of Appeals
600 Commerce Street, 2nd Floor
George Allen Senior Courts Building
Dallas, Texas 75202

RE: Notice of Appeal on our File No: 006-02699-2012

STYLED: William R. Egan vs. Jeffery Longino, Gerallynn Longino

To Whom It May Concern:

I am requesting an extension on the Notice of Appeal filed in Collin County Court at Law on cause number 006-02699-2012. The deadline for the Clerk's record was November 23, 2012. The appellant has failed to pay the fee for the Clerk's Record. The fee is $92.00. I appreciate your consideration in this matter; please feel free to contact me if needed.

Sincerely,

Jean Mclendon
Deputy Clerk
975-548-6434

Appeal Extension Letter

NO. 006-2699-2012

| | | |
|---|---|---|
| WILLIAM R. EGAN | § | IN THE COUNTY COURT AT LAW |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 6 |
| | § | |
| JEFFERY LONGINO and GERALLYNN | § | |
| LONGINO | § | |
| Defendants. | § | COLLIN COUNTY, TEXAS |

## ORDER SUSTAINING CONTEST TO INDIGENCY

On December 14, 2012, in accordance with the instructions from the Clerk of the Dallas Court of Appeals in her letter of December 6, 2012, came on to be considered in the County Court at Law No. 6, Collin County, Texas, the AFFIDAVIT OF INDIGENCY filed by Gerallynn Longino on November 15, 2012, in the Dallas Court of Appeals under Case No. 05-12-01509-CV, and the Court, having considered the evidence and argument, finds that the contests to the AFFIDAVIT OF INDIGENCY were timely filed and heard and they should be sustained for the reason that Jeffery Longino and Gerallynn Longino have failed to sustain their burden of proof as required by TEX. R. CIV. P. 145 and also TEX. R. APP. P. 20.1(g). The Court expressly and specifically finds that Jeffery Longino and Gerallynn Longino are not indigent. The discussion, analysis, comments, findings, and rulings of the Court during the hearing held December 14, 2012, are incorporated in this ORDER as if fully set forth herein.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Jeffery Longino and Gerallynn Longino may not proceed on appeal as pauper or without paying all applicable costs and fees;

**IT IS FURTHER ORDERED** that Jeffery Longino and Gerallynn Longino be and hereby are ordered to pay the filing fees and all other applicable fees and/or costs of any kind or nature associated with the filing, prosecution, and/or appeal of this case.

SIGNED this the 17 of Dec, 2012.

_____
Honorable Jay Bender, Presiding

ORDER SUSTAINING CONTEST TO GERALLYNN LONGINO'S AFFIDAVIT OF INABILITY TO PAY COSTS